UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HERVEY WILLIAMS,

    Plaintiff,                                Civil Action No. 1:98-cv-430

    vs.

MICROAGE COMPUTER CENTERS,
INC.,                                          **REPORT AND**
                                                     **RECOMMENDATION**
    Defendant.                             (Dlott, J.; Hogan, M.J.)

       This matter is before the Court on pro se plaintiff's motion to reopen this case. (Doc. 42). The Court scheduled two telephone status conferences in this matter on November 15, 2005 and November 29, 2005. However, pro se plaintiff failed to contact the Court as directed for such conferences. In addition, the Order scheduling the November 15, 2005 status conference which was sent by certified mail to pro se plaintiff at the address he provided was returned as "unclaimed" and "unable to forward." (Doc. 45). On December 1, 2005, the Court ordered pro se plaintiff to show cause in writing within fifteen (15) days why the Court should not dismiss this case for lack of prosecution. (Doc. 46). That Order was also returned as "unclaimed" and "unable to forward." (See docket notation of January 3, 2006). On December 23, 2005, the Court issued an amended show cause order to pro se plaintiff. (Doc. 49). To date, pro se plaintiff has failed to respond to any of the Court's Orders.

       Failure of a party to respond to an Order of the Court warrants invocation of the Court's inherent power to *sua sponte* dismiss civil actions. *See* Fed. R. Civ. P. 41(b). District courts have this power to dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). By failing to

respond to the Court's Orders, plaintiff demonstrates a lack of prosecution of his action and a failure to obey a Court order.

**IT IS THEREFORE RECOMMENDED THAT** plaintiff's motion to reopen be **DENIED** and his complaint be **DISMISSED** with prejudice for lack of prosecution.


Date:   1/12/2006                                             s/Timothy S. Hogan
                                                              Timothy S. Hogan
                                                              United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

HERVEY WILLIAMS,

    Plaintiff,                                                        Civil Action No. 1:98-cv-430

vs.

MICROAGE COMPUTER CENTERS,         (Dlott, J.; Hogan, M.J.)
INC.,

    Defendant.

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **TEN (10) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **TEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

1:98cv430 doc. 50

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Harvey Allen Williams<br>10687 Toulon Drive<br>Cinti, OH 45240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 2580 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540