IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HERVEY WILLIAMS, : : Plaintiff(s), : : vs. : : MICROAGE COMPUTER CENTERS, INC., : : Defendant(s). : | Case Number: 1:98CV430 District Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 12, 2006 Report and Recommendations (Doc. 50). Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 51).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Plaintiff's Motion to reopen the case (Doc. 42) is DENIED and his complaint is DISMISSED with prejudice for lack of prosecution.  Plaintiff's Motion to withdraw (Doc. 52) is DENIED AS MOOT.

IT IS SO ORDERED.

                                                 ___s/Susan J. Dlott_____
                                                 Susan J. Dlott
                                                 United States District Judge